ANNA KEARNEY, an Infant, etc., by JAMES T. CRANE, Her Guardian ad Litem, Respondent, v. VITAGRAPH COMPANY OF AMERICA, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $4,000; in which event the judgment as so modified and the order are unanimously affirmed, without costs. Stapleton, Mills, Rich, Putnam and Blackmar, JJ., concurred.

KATHRYN F. KRONENWETT, Respondent, v. WILLIAM KRONENWETT, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

GILBERT E. LOPER, Respondent, v. LEWIS NIXON, Appellant.— Judgment affirmed on reargument, with costs. On re-examination of the record, we find no evidence that the note was negotiated in violation of instructions or in breach of faith, or under such circumstances as amounted to a fraud. It is not shown when the conversation between defendant and Schroeder took place, whether before or after the note was negotiated, which was evidenced by plaintiff's possession of the note duly indorsed. The statement of Schroeder that he then had the note in his possession is not competent to impeach plaintiff's title. The production by plaintiff of the note duly indorsed raises the presumption that he was a holder in due course. The presumption was not overthrown by defendant's evidence, and the direction of the verdict was right. Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ., concurred.

FRANK NORDONE, Respondent, v. ALPHA PORTLAND CEMENT COMPANY, Appellant.— Order modified so as to extend the examination to the question whether the plaintiff, at the time of the alleged representations, had the contract for the construction of the sewer; and as so modified affirmed, without costs. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BRENNAN, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD HARDING, as Sealer of Weights and Measures of the City of White Plains, Appellant, v. MORTIMER C. O'BRIEN, City Judge of the City of White Plains, and CLINTON C. SWACKHAMER, Respondents.— Order affirmed, without costs, upon the grounds, *first*, that the writ herein was not made returnable forthwith, nor was the same made returnable before the term which granted it, nor upon the first day of a future term, as provided by section 2095 of the Code of Civil Procedure; *second*, that the petition upon which the alternative writ is issued fails to set forth facts sufficient to give the court jurisdiction to issue the same. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.